IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **05-10509**   U.S. District Court Case No. **CR. NO. 00-00305-03**
Short Case Title **U.S.A. vs JEROME SUMRAL**   **DAE**
Date Notice of Appeal Filed by Clerk of District Court **JUNE 30, 2005**

## SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 12/19/01 | ELECTRONIC | ~~Voir Dire~~ CJP |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
|  |  | Pre-Trial Proceedings |
| 06/20/05 | CYNTHIA FAZIO/TANDO | Other (please specify) **SENTENCING** |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel(or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered **8/30/06**   Estimated date for completion of transcript ____
Print Name of Attorney **RICHARD T. PAFUNDI**   Phone Number **808-591-0250**
Signature of Attorney ____
Address **88 Piikoi St #404 Honolulu, Hawaii 96814**

## SECTION B - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on ____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

____ Approximate Number of Pages in Transcript--Due Date ____

## SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed ____   Court Reporter's Signature ____

## SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.
Walter A.Y.H. Chinn   BY: ____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK