# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: January 18, 2007

To: United States Court of Appeals    Attn:  ( )    Civil
      For the Ninth Circuit
      Office of the Clerk                    (✓)    Criminal
      95 Seventh Street
      San Francisco, California 94103       ( )    Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:          CR 00-00305DAE-03        Appeal No:    05-10509
Short Title:    USA vs. Sumral

Clerk's Files in    2           volumes  (✓) original  ( ) certified copy
Bulky docs                      volumes (folders)   docket #
Reporter's                      volumes  (✓) original  ( ) certified copy
Transcripts
Exhibits                        volumes  ( ) under seal
                                boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: #209, 220

Acknowledgment: _____    Date: _____

cc: counsel