

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JEROME SUMRAL,<br><br>Defendant - Appellant. | No.  05-10509<br>D.C. No.  CR-00-00305-DAE<br><br>**JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 9 2007
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 01/16/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 07 2007

by: _____
Deputy Clerk