## United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  January 18, 2007

FILED

JAN 26 2007

CATHY A. CATTERSON, CLERK

To:    United States Court of Appeals     Attn:   ( )    Civil
       For the Ninth Circuit
       Office of the Clerk                         (✓)    Criminal
       95 Seventh Street
       San Francisco, California 94103             ( )    Judge

RECEIVED
CLERK U.S. DISTRICT COURT

SEP 17 2007

1:20 pm

DISTRICT OF HAWAII

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:         CR 00-00305DAE-03       Appeal No:     05-10509

Short Title:   USA vs. Sumral


Clerk's Files in      2          volumes  (✓) original  ( ) certified copy

Bulky docs            _____    volumes (folders)  docket #

Reporter's            _____    volumes  (✓) original  ( ) certified copy
Transcripts

Exhibits              _____    volumes ( ) under seal

                      _____    boxes  ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: #209, 220


Acknowledgment: _____ Date: _____



cc: counsel